1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-00213-AWI |
| | ) | |
| Plaintiff, | ) | ORDER ADVANCING |
| | ) | SENTENCING DATE |
| v. | ) | |
| | ) | |
| OMAR TORRES MARQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  Pursuant to the stipulation filed by the parties on March 31, 2010, the Sentencing hearing currently scheduled for Friday, May 3, 2010, is vacated and this matter is advanced to Monday, April 12, 2010, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 1, 2010**          /s/ Anthony W. Ishii
             CHIEF UNITED STATES DISTRICT JUDGE